886 A.2d 632

IN THE MATTER OF CARL D. GENSIB, AN ATTORNEY AT LAW (ATTORNEY NO. 029931990).

December 7, 2005.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–222, concluding that **CARL D. GENSIB** of **NORTH BRUNSWICK,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 4.1(a)(1) (false statement of material fact to a third party), *RPC* 8.4(a) (violation of *Rules of Professional Conduct* ), and *RPC* 8.4(c) (conduct

involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **CARL D. GENSIB** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.